IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Lydia Vargas,

       Plaintiff,                             CIV S- 05-1138 CMK

       vs.

JO ANNE B. BARNHART,                    ORDER
Commissioner of Social Security,

       Defendant.

_____/

        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  However, the affidavit is incomplete.

        Accordingly, plaintiff is directed to file within thirty days of this order a complete affidavit in support of her request to proceed in forma pauperis.

DATED:  June 22, 2005.

                                                                                **CRAIG M. KELLISON**
                                                                                 UNITED STATES MAGISTRATE JUDGE