IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Lydia Vargas,

      Plaintiff,                     CIV S- 05-1138 CMK

    vs.

JO ANNE B. BARNHART,           <u>ORDER</u>
Commissioner of Social Security,

      Defendant.

_____/

        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted; and

        2. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

        3. The Clerk of the Court is further directed to serve a copy of this order on the

1

1  United States Marshal.

2        4. Within fifteen days from the date of this order, plaintiff shall submit to the

3  United States Marshal a completed summons and copies of the complaint and to file a statement

4  with the court that said documents have been submitted to the United States Marshal.

5        5. The United States Marshal is directed to serve all process without prepayment

6  of costs not later than sixty days from the date of this order.  Service of process shall be

7  completed by delivering a copy of the summons and complaint to the United States Attorney for

8  the Eastern District of California, and by sending a copy of the summons and complaint by

9  registered or certified mail to the Attorney General of the United States at Washington, D.C.  <u>See</u>

10 Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and

11 complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of

12 General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD  21235.  <u>See</u>

13 Fed. R. Civ. P. 4(i)(2).

14

15 DATED:   July 15, 2005.

16

17                                            **CRAIG M. KELLISON**
18                                            UNITED STATES MAGISTRATE JUDGE