IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Lydia Vargas,

        Plaintiff,　　　　　　　No. CIV. S-05-1138 CMK

    vs.

JO ANNE B. BARNHART,　　　　　<u>ORDER TO SHOW CAUSE</u>
Commissioner of
Social Security,

        Defendant.
_____/

    The parties were directed to return to the Clerk, within 90 days from the date this action was filed, the form titled "Consent to Assignment or Request for Reassignment." The time has passed, and both plaintiff and defendant have failed to return the form.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Within 10 days from the date this order is filed, both parties are directed to SHOW CAUSE why the form was not timely returned to the Clerk.

/////

/////

/////

/////

1

1       2. The Clerk of Court is directed to serve a copy of this order on Bobbie
2  Montoya, Assistant United States Attorney.

4  DATED: October 19, 2005.

                                             _____
                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE