IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA VARGAS, | No. CIV S-05-1138 MCE CMK |
| Plaintiff, | |
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ORDER |
| Defendant. | |
| _____/ | |

On July 18, 2005, this court issued a scheduling order, which, in relevant part, directed the parties to return to the Clerk the form titled "Consent to Assignment or Request for Reassignment" within ninety days from the date this action was filed. On October 21, 2005, the court filed an order directing both parties to show cause why they had failed to return the form within ninety days.

On October 19, 2001, plaintiff filed her "Consent to Assignment or Request for Reassignment" form and declined to proceed before a magistrate judge. Good cause appearing therefor, the October 21, 2005, order to show cause will be discharged with regard to plaintiff.

///

///

1       Accordingly, IT IS HEREBY ORDERED that the court's October 21, 2005, order to show cause is discharged with regard to plaintiff.

4 DATED: October 26, 2005.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE