IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Lydia Vargas,

        Plaintiff,        No. CIV. S-05-1138 MCE CMK

    vs.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

        Defendant.        <u>ORDER</u>
_____/

        On October 21, 2005, the court issued an order directing both parties to show cause why the form titled "Consent to Assignment or Request for Reassignment" was not timely returned.  However, as it now appears that plaintiff did not properly send summons to the United States Marshal for Service, the order to show cause will be discharged with regard to defendant.

///

///

///

///

///

///

1

IT IS ORDERED that

1. The court's October 21, 2005 order to show cause is discharged with regard to defendant; and

2. The Clerk of the Court is directed to serve a copy of this order on Bobbie Montoya, Assistant United States Attorney.

DATED: October 27, 2005.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE