1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   Lydia Vargas,

11            Plaintiff,                          No. CIV. S-05-1138 MCE CMK

12        vs.

13   JO ANNE B. BARNHART,
     Commissioner of
14   Social Security,

15
              Defendant.                          ORDER
16   _____/

17

18          On July 18, 2005, this court granted plaintiff's motion to proceed in forma

19   pauperis and directed plaintiff to submit, within fifteen days, the required documents to the

20   United States Marshal Service for service.  (Doc. 6.)  Plaintiff was required to submit to the court

21   a statement that said documents had been submitted to the United States Marshal.

22          On July 20, 2005, plaintiff, through counsel, submitted a copy of the summons

23   issued by the court.  The uncompleted summons was not accompanied by a statement that said

24   documents had been submitted to the United States Marshal.

25   ///

26   ///

                                             1

1   On October 26, 2005, having noted that defendant had not yet been served, the

2   court contacted the United States Marshal to ascertain the status of process.   The United States

3   Marshal advised the court that it had no record of receiving a copy of the summons from

4   plaintiff.

5   Accordingly, IT IS ORDERED that:

6   1.  The Clerk is directed to re-serve on plaintiff a summons and a copy of the

7   undersigned's scheduling order;

8   2.  The Clerk is directed to serve a copy of this order on the United States

9   Marshal;

10  3.  Plaintiff, through her counsel, is directed to, within fifteen days of the date this

11  order is filed, submit to the United States Marshal a completed summons and copies of the

12  complaint;

13  4.  Plaintiff, through her counsel, is directed to, within fifteen days of the date of

14  this order file a signed statement with the court under the penalty of perjury pursuant to Federal

15  Rule of Civil Procedure 11 that said documents have been submitted to the United States

16  Marshal and;

17  5.  The United States Marshal is directed to serve all process without payment of

18  costs not later than sixty days from the date of this order.  Service of process shall be completed

19  by delivering a copy of the summons and complaint to the United States Attorney for the Eastern

20  District of California, and by sending a copy of the summons and complaint by registered or

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

2

1   certified mail the Attorney General of the United States at Washington, D.C.  See Fed. R. Civ. P

2   4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and complaint by

3   registered or certified mail to the Commissioner of Social Security, c/o Office of General

4   Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg. Baltimore, MD 21235.  See Fed. R.

5   Civ. P 4(I)(2).

6

7   DATED:   October 27, 2005.

8

9                                                    _____

10                                                    CRAIG M. KELLISON
                                                     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26