**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

LYDIA VARGAS,

        Plaintiff,                    No. CIV. S-05-1138 MCE CMK

    vs.

JO ANNE B. BARNHART,                <u>ORDER TO SHOW CAUSE</u>
Commissioner of
Social Security,         Defendants.
_____/

        Plaintiff has filed this action challenging the final decision of the Commissioner of Social Security denying her claim for supplemental security income benefits. Plaintiff is represented by counsel.

        On October 28, 2005, the court issued an order directing plaintiff's counsel to, within fifteen days of the date the order was filed, submit to the United States Marshal a completed summons and copies of the complaint. Plaintiff was also directed to, through counsel, file a signed statement with the court under the penalty of perjury, that said documents were submitted to the United States Marshal Service.

///

1         To date, plaintiff has not complied.

2         Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 20 days of the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with rules and court orders.

DATED: November 16, 2005.

                            **CRAIG M. KELLISON**
                            UNITED STATES MAGISTRATE JUDGE