IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYDIA VARGAS,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

No. CIV S-05-1138 MCE CMK

<u>ORDER</u>

This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

On July 18, 2005, the undersigned filed an order granting plaintiff's request to proceed in forma pauperis, which required, among other things, that the plaintiff submit, within fifteen days, a completed summons and copies of the complaint and that plaintiff file a statement with the court that said documents had been submitted to the United States Marshal. Plaintiff failed to file any statement in accordance with that order.

On October 28, 2005, the undersigned issued an order directing the Clerk of the Court to re-serve on plaintiff a summons and a copy of the scheduling order. Plaintiff, through her counsel, was directed to submit, within fifteen days, a completed summons and copies of the complaint to the United States Marshal. Plaintiff was also directed to file a signed statement

with the court after the documents were submitted to the United States Marshal. Plaintiff failed to file any statement in accordance with the order. An inquiry of the United States Marshal Service revealed that plaintiff's counsel never submitted the summons and copies of the complaint for service.

On November 17, 2005, the undersigned issued an order requiring the plaintiff to show cause in writing, within twenty days of the date of service of the order, why this action should not be dismissed for lack of prosecution and failure to comply with court rules and court orders. Plaintiff failed to response to this order. On December 29, 2005, the undersigned filed findings and recommendations recommending that this action be dismissed for lack of prosecution and failure to comply with court rules and court orders. Plaintiff was notified that she could file objections within fifteen days of being served. Fifteen days have passed, and plaintiff has failed to file any objections to the findings and recommendations.

Accordingly, IT IS ORDERED that:

1. On or before January 26, 2006, plaintiff's attorney shall file with the court either a written opposition to the December 29, 2005, findings and recommendations of the magistrate judge or a written statement of non-opposition to the dismissal of this action; and

2. If plaintiff's counsel does not file a written statement in accordance with the preceding paragraph, he shall **appear personally with his client, Lydia Vargas,** at the United States District Court, 2986 Bechelli Lane, Redding, California at 10:00 a.m. on February 14, 2006.

DATED: January 18, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

3