1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LYDIA VARGAS                    No. 2:05-cv-1138-MCE-CMK

12         Plaintiff,

13      v.                            _____ ORDER

14   JO ANNE B. BARNHART,
     Commissioner of Social Security,

15
           Defendant.

16   _____/

17       This Social Security action was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local

19   Rule 72-302.

20       Plaintiff's request to proceed in forma pauperis was granted

21   on July 18, 2005.  Plaintiff was required to submit, within

22   fifteen (15) days, a completed Summons and copies of the

23   Complaint to the United States Marshal for service upon

24   Defendant.  Plaintiff failed to do so.

25   ///

26   ///

1

On October 28, 2005, the magistrate judge filed an Order directing the Clerk of the Court to re-serve on Plaintiff a Summons and copy of the scheduling order.  Plaintiff was directed to submit, within fifteen (15) days, a completed Summons and copies of the Complaint to the United States Marshal for service. Plaintiff failed to comply with this order.

On November 17, 2005, the magistrate judge issued an Order requiring the Plaintiff to show cause in writing, within twenty (20) days of the date of service of the Order, why this action should not be dismissed for lack of prosecution and failure to comply with court rules and court orders.  Plaintiff failed to response to this Order.  On December 29, 2005, the magistrate judge filed Findings and Recommendations recommending that this action be dismissed for lack of prosecution and failure to comply with court rules and court orders.  Plaintiff was notified that she could file Objections within fifteen (15) days of being served.  Neither party has filed Objections to the Findings and Recommendations.

On January 19, 2006, the magistrate judge ordered Plaintiff's attorney to either file with the Court a written Opposition to the December 29, 2005 Findings and Recommendations or a written statement of non-opposition to dismissal of this action.  If counsel failed to file a written statement, he was directed to appear personally with his client before the magistrate judge at the United States District Court in Redding, California at 10:00 a.m. on February 14, 2006.

Plaintiff's counsel failed to file written Objections, and neither Plaintiff's counsel nor Plaintiff appeared at the February 14, 2006 hearing.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed December 29, 2005, are adopted in full; and

2. This action is dismissed, without prejudice, for failure to prosecute this action in compliance with court rules and orders.

DATE: February 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE